IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA

V.                                                            NO. 4:14CR119-DMB-DAS

RAFER MOSS, III, JUSTIN MARQUIS CLARK,
AND LETRELL TREVON MOSS

### ORDER GRANTING MOTION FOR CONTINUANCE

On November 4, 2014, Defendant Letrell Trevon Moss filed a motion [40] to continue the trial currently set for November 24, 2014, and to extend the pretrial deadlines. As grounds for a continuance, the motion represents that Defendant's counsel is in the process of addressing a potential discovery dispute concerning questions about Defendant's involvement in the crime charged, and that additional time is needed to explore all avenues of a possible plea. The Government does not object to a continuance. Upon consideration, the Court concludes that the ends of justice will be served by granting a continuance to allow Defendant and his counsel sufficient time to resolve the potential discovery dispute engage in plea discussions and negotiations, and/or prepare for trial, and that such outweighs the best interest of the public and Defendant in a speedy trial. Accordingly, the motion for continuance is granted.

It is ORDERED that trial is hereby continued until **Monday, January 26, 2015**. The plea agreement deadline is reset for January 12, 2015; and the pre-trial motion deadline is reset for December 29, 2014. It is further ORDERED that the delay from this date until commencement of such trial shall be excluded from all computations relative to the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) as to all Defendants.

SO ORDERED, this the 10th day November, 2014.

                                            **/s/ Debra M. Brown**
                                            **UNITED STATES DISTRICT JUDGE**